IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



THE HANOVER INSURANCE COMPANY,

    Plaintiff,

v.                               Civil Action No. 3:12cv716

WARREN FLYNN CONSTRUCTION
COMPANY, INC. and
DAVID W. FLYNN,

    Defendants.

ORDER

By Order entered herein on May 16, 2013, THE HANOVER INSURANCE COMPANY'S CORRECTED MOTION FOR SUMMARY JUDGMENT (Docket No. 31) was referred to Magistrate Judge M. Hannah Lauck for report and recommendation.

Having reviewed the REPORT AND RECOMMENDATION of the Magistrate Judge (Docket No. 44), and there being no timely filed objections thereto, and the time for filing objections having expired, and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that the REPORT AND RECOMMENDATION of the Magistrate Judge (Docket No. 44) is adopted on the basis of the reasoning of the REPORT AND RECOMMENDATION.

It is further ORDERED that:

(1) THE HANOVER INSURANCE COMPANY'S CORRECTED MOTION FOR SUMMARY JUDGMENT (Docket No. 31) is granted; and

(2) Judgment is awarded in favor of The Hanover Insurance Company against David W. Flynn in the amount of $1,619,057.35, with interest at the federal rate of 0.11% per annum from the date hereof until paid in full.

The Clerk is directed to send a copy of this Order to counsel for the plaintiff and to David W. Flynn.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: October 15, 2013